# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

ANTHONY E. MILLER  CASE NO.: 2:17-MC-030
OHIO ATTY. REG. NO. 0008616  CHIEF JUDGE EDMUND A. SARGUS, JR.
RESPONDENT

## ORDER

It appearing to the Court that on May 11, 2017 Respondent submitted a letter of resignation from the practice of law in the United States District Court, Southern District of Ohio.

**IT IS THEREFORE ORDERED** that pursuant to Rule II of the Model Federal Rules of Disciplinary Enforcement adopted by this Court on February 1, 1979, respondent's resignation from the practice of law in this Court is accepted.

**IT IS FURTHER ORDERED** that the Clerk of this Court issue certified copies of this Order to the Disciplinary Counsel of the Supreme Court of Ohio, the Clerks of the Supreme Court of the United States and the United States Court of Appeals for the Sixth Circuit, the National Discipline Data Bank, and to the United States Bankruptcy Court for the Southern District of Ohio, and to publish this order to this Court's official website.

6-14-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO